# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| Jessica Majewski,<br><br>    Plaintiff,<br><br>v.<br><br>Eastlake Foods Ohio, LLC, et al.,<br><br>    Defendant. | Judge Charles Esque Fleming<br>Civil Action No. 1:22-cv-01327<br><br>**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE** |

Now come the parties, jointly, through counsel and pursuant to Fed. R. Civ. P. 41(a), and hereby stipulate to a dismissal of this matter with prejudice. Each party is to bear its own costs.

                Respectfully submitted,

| | |
|---|---|
| */s/ James L. Simon*<br>James L. Simon (OH#0089483)<br>SIMON LAW CO.<br>11 ½ N. Franklin Street<br>Chagrin Falls, Ohio 44022<br>Telephone: (216) 816-8696<br>Email: james@simonsayspay.com<br><br>**ATTORNEY FOR PLAINTIFF** | */s/ Philip J. Krzeski*<br>Christopher P. Renz (admitted *pro hac vice*)<br>Philip J. Krzeski (OH #0095713)<br>**CHESTNUT CAMBRONNE PA**<br>100 Washington Avenue S., Suite 1700<br>Minneapolis, MN 55401<br>Telephone: (612) 339-7300<br>Fax: (952) 336-2940<br>crenz@chestnutcambronne.com<br>pkrzeski@chestnutcambronne.com<br><br>  **ATTORNEYS FOR DEFENDANTS** |

IT IS SO ORDERED.
s/Charles E. Fleming
United States District Judge
Dated: April 15, 2024